UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONOPRESS GmbH,

           Plaintiff,

v.

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,

           Defendant.

---

JUDGE SWAIN

Case No. 07 CIV 3752

**RULE 7.1 STATEMENT**



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Sonopress GmbH, certifies that, to the best of its knowledge, plaintiff Sonopress GmbH is a privately held, German company. No publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      May 11, 2007

                              ALSTON & BIRD LLP

                              By: _____
                                Alan Kanzer (AK-5839)

                              90 Park Avenue
                              New York, NY 10016-1387
                              Tel: 212-210-9400
                              Fax: 212-210-9444

                              *Attorneys for Plaintiff*
                              SONOPRESS GmbH