AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

SONOPRESS GmbH

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC

**07 CIV 3752**

**JUDGE SWAIN**

TO: (Name and address of defendant)

Metro-Goldwyn-Mayer Home Entertainment LLC
c/o CT Corporation
111 8th Ave.
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan Kanzer
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          MAY 11 2007

CLERK                                                        DATE

*[signature]*

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONOPRESS GmbH,<br><br>Plaintiff,<br><br>v.<br><br>METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC,<br><br>Defendant. | Case No. 07cv3752<br><br>**Affidavit of Service** |

STATE OF NEW YORK    )
                    )ss.:
COUNTY OF NEW YORK  )

    Kim Fitzgerald, being duly sworn, deposes and says: that she is not a party to this action, is over 18 years of age and that she is employed in the office of Alston & Bird LLP, attorneys for Plaintiff, Sonopress GmbH. That on the 14th day of May 2007 at 10:45 a.m. at 111 Eighth Avenue, New York, New York 10011, she served the Summons and Complaint; Individual Practices of Judge Laura Taylor Swain; Consent to Proceed Before United States Magistrate Judge; Critical Instructions to Attorneys; and Individual Rules of Practice of Magistrate Judge Kevin Nathaniel Fox on Metro-Goldwyn-Mayer Home Entertainment LLC, to their agent for service of process CT Corporation at 111 Eighth Avenue, New York, NY 10011 by delivering a true copies to Nora Dindyal, a Process Specialist who was authorized accept service.

    Nora Dindyal can be described as a Middle Eastern female with brown hair, brown

- 2 -

eyes, approximately 30 years old, approximately 5'3" and weighs approximately 130 pounds.

*Kim Fitzgerald*
Kim Fitzgerald

Sworn to me this 15th day of
May 2007

*Sarah Thomas*
Notary Public

SARAH A. THOMAS
Notary Public, State of New York
No. 01TH6153114
Qualified in New York County
Commission Expires 09/25/10