SWAIN, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 30 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SONOPRESS GmbH,

      Plaintiff,

  -against-

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,

      Defendant.
------------------------------------------------------x

Index No. 07 CV 3752 (LTS)

**STIPULATION
EXTENDING TIME TO
ANSWER OR RESPOND**

    IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between Plaintiff Sonopress GmbH and Defendant Metro-Goldwyn-Mayer Home Entertainment LLC. that the time for Defendant to answer or otherwise respond to the Complaint in the above-captioned action, be and the same hereby is extended from May 31, 2007 to and including June 14, 2007. No previous request for such an extension has been made. Plaintiff Sonopress GmbH consents to the requested extension.

Dated: New York, New York
    May 25, 2007

ALSTON & BIRD LLP

By: _____
  Alan Kanzer, Esq. (AK 5839)
90 Park Avenue
New York, NY 10016
(212) 210-9400

Attorneys for Plaintiff
SONOPRESS GmbH

O'MELVENY & MYERS LLP

By: _____
  Claudia Ray, Esq. (CR-4132)
7 Times Square
New York, New York 10036
(212) 326-2000

Attorneys for Defendant
METRO-GOLDWYN-MAYER
HOME ENTERTAINMENT LLC

**SO ORDERED:**

_____ 5/30/2007
U.S.D.J.