Daniel M. Petrocelli (DP-1467) (*pro hac vice* pending)
Claudia Ray (CR-4132)
Lee K. Fink (LF-5489) (*pro hac vice* pending)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
Telephone:	(212) 326-2000
Facsimile:	(212) 326-2061

*Attorneys for Defendant*
*Metro-Goldwyn-Mayer Home*
*Entertainment LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONOPRESS GMBH,<br><br>            Plaintiff,<br><br>-against-<br><br>METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC,<br><br>            Defendant. | Civil Action No. 07 Civ 3752 (LTS)<br><br>**DECLARATION OF CLAUDIA RAY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |

        CLAUDIA RAY, ESQ., pursuant to 28 U.S.C. §1746(2), under penalty of perjury, hereby declares as follows:

        1.    I am a member of the law firm of O'Melveny & Myers LLP, resident in the firm's office located at Times Square Tower, 7 Times Square, New York, NY 10036. I am a member in good standing of the Bar of the State of New York, and am admitted to practice before this Court.

        2.    Pursuant to Local Civil Rule 1.10 of the Local Rules of the United States District Court for the Southern District of New York, I respectfully submit this declaration in support of

Defendant, Metro-Goldwyn-Mayer Home Entertainment LLC's Motion to Dismiss Plaintiff's Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of the Replication Agreement dated as of January 1, 2005 by and between MGM Home Entertainment LLC and Sonopress GMBH, which is the subject of Plaintiff's Complaint.

Dated: New York, New York
       June 14, 2007

_____
Claudia Ray (CR-4132)

CC1:765185.1