

Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

*Attorneys for Defendant*
*Metro-Goldwyn-Mayer Home*
*Entertainment LLC*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

SONOPRESS GMBH,

               Plaintiff,

        -against-

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,

               Defendant.

Civil Action No. 07 Civ 3752 (LTS)

**MOTION TO ADMIT DEFENDANT'S COUNSEL *PRO HAC VICE***

**(LEE FINK)**

Pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Court

for the Southern District of New York, I, Claudia Ray, Esq., a member in good standing of the

bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Lee K. Fink
    O'Melveny & Myers LLP
    1999 Avenue of the Stars, Suite 700
    Los Angeles, CA 90067
    (310) 553-6700
    (310) 246-6779 (facsimile)
    lfink@omm.com

Lee Fink is a member in good standing of the Bar of the State of California. There are no

pending disciplinary proceedings against Lee Fink in any state or federal court.

Dated:    June 14, 2007
         New York, New York

                                   Respectfully submitted,
                                   O'MELVENY & MYERS LLP


                                   By:_____
                                       Claudia Ray (CR-4132)
                                   Times Square Tower
                                   7 Times Square
                                   New York, New York 10036
                                   Telephone: (212) 326-2000
                                   Facsimile: (212) 326-2061

                                   *Attorneys for Defendant*
                                   *Metro-Goldwyn-Mayer Home Entertainment LLC*

2

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 12, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LEE KOEHLER FINK, #216293 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

*Attorneys for Defendant*
*Metro-Goldwyn-Mayer Home*
*Entertainment LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONOPRESS GMBH,<br><br>                    Plaintiff,<br><br>-against-<br><br>METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC,<br><br>                    Defendant. | Civil Action No. 07 Civ 3752 (LTS)<br><br>**AFFIDAVIT OF CLAUDIA RAY IN SUPPORT OF MOTION TO ADMIT DEFENDANT'S COUNSEL *PRO HAC VICE***<br><br>**(LEE FINK)** |

| | | |
|---|---|---|
| State of New York | ) | |
| | ) | ss: |
| County of New York | ) | |

Claudia Ray, being duly sworn, deposes and says:

1.    I am a member of the law firm of O'Melveny & Myers LLP, counsel for Defendant Metro-Goldwyn-Mayer Home Entertainment LLC ("MGM") in this action.  I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of MGM's motion to admit Daniel Petrocelli as counsel *pro hac vice* to represent Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law on November 22, 1983.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Lee K. Fink since 2005.

4.      Mr. Fink is a counsel with the law firm of O'Melveny & Myers LLP, resident in the firm's office located in Century City (Los Angeles), California.

5.      I have found Mr. Fink to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Lee Fink, *pro hac vice*.

7.      Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Bar of the State of California, certifying that Mr. Fink is a member in good standing of the Bar of the State of California.

8.      I respectfully submit a proposed order granting the admission of Lee Fink, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Lee Fink, *pro hac vice*, to represent MGM in the above captioned matter, be granted.

_____
Claudia Ray (CR-4132)

Sworn to before me this
14 day of June, 2007.

_____
Notary Public

MICHAEL MONTALTO
NOTARY PUBLIC, State of New York
No.01MO6098276
Qualified in Queens County
Certificate Filed in New York County
Commission Expires September 8, 2007

2

Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

*Attorneys for Defendant*
*Metro-Goldwyn-Mayer Home*
*Entertainment LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONOPRESS GMBH,<br><br>               Plaintiff,<br><br>        -against-<br><br>METRO-GOLDWYN-MAYER HOME<br>ENTERTAINMENT LLC,<br><br>               Defendant. | Civil Action No. 07 Civ 3752 (LTS)<br><br>*[PROPOSED]* **ORDER<br>ADMITTING DEFENDANT'S<br>COUNSEL *PRO HAC VICE*__**<br><br>**(LEE FINK)** |

        Upon the motion of Claudia Ray, Esq., attorney for Defendant Metro-Goldwyn-Mayer

Home Entertainment LLC ("MGM"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Lee K. Fink
        O'Melveny & Myers LLP
        1999 Avenue of the Stars, Suite 700
        Los Angeles, CA 90067
        (310) 553-6700
        (310) 246-6779 (facsimile)
        lfink@omm.com

is admitted to practice *pro hac vice* as counsel for MGM in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the *pro hac vice* fee to the Clerk of Court.


Dated:    June ___, 2007
              New York, New York


SO ORDERED:

                                          _____

                                          Hon. Laura Taylor Swain
                                          United States District Judge

AFFIDAVIT OF SERVICE

I, A. Anthony Sierra, being duly sworn, depose and say:

1.      I am not a party to this action, am over 18 years of age, and am employed by O'Melveny

& Myers LLP, Seven Times Square, New York, New York.

2.      On June 14, 2007, I served  the attached **MOTION TO ADMIT COUNSEL PRO HAC VICE (Lee Fink) and MOTION TO ADMIT COUNSEL PRO HAC VICE ( Lee Fink) AFFIDAVIT OF CLAUDIA RAY IN SUPPORT OF MOTION TO ADMIT DEFENDANT'S COUNSEL PRO HAC VICE and (PROPOSED)ORDER ADMITTING DEFENDANT'S COUNSEL PRO HAC VICE** upon:

Alan Kanzer
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

3.      I made such service by personally delivering a true copy of the aforementioned document in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

A. Anthony Sierra

Sworn to before me this
14th Day of June, 2007

Notary Public

MICHAEL MONTALTO
NOTARY PUBLIC, State of New York
No.01MO6098276
Qualified in Queens County
Certificate Filed in New York County
Commission Expires September 8, 2007

AFFIDAVIT OF SERVICE

I, A. Anthony Sierra, being duly sworn, depose and say:

1.     I am not a party to this action, am over 18 years of age, and am employed by O'Melveny

& Myers LLP, Seven Times Square, New York, New York.

2.     On June 14, 2007, I served the attached **MOTION TO ADMIT COUNSEL PRO HAC VICE (Lee Fink) and MOTION TO ADMIT COUNSEL PRO HAC VICE ( Lee Fink) AFFIDAVIT OF CLAUDIA RAY IN SUPPORT OF MOTION TO ADMIT DEFENDANT'S COUNSEL PRO HAC VICE and (PROPOSED)ORDER ADMITTING DEFENDANT'S COUNSEL PRO HAC VICE** upon:

> Amber ᴄC. Wessels
> Alston & Bird LLP
> 90 Park Avenue
> New York, New York 10016

3.     I made such service by personally delivering a true copy of the aforementioned document in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

A. Anthony Sierra

Sworn to before me this
14th Day of June, 2007

Notary Public

THERESE MONTALTO
NOTARY PUBLIC, State of New York
No. 01MO6098276
Qualified in Queens County
Filed in New York County
Expires September 9, 2007