Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:   (212) 326-2061

*Attorneys for Defendant*
*Metro-Goldwyn-Mayer Home*
*Entertainment LLC*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 6 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONOPRESS GMBH,

        Plaintiff,

-against-

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,

        Defendant.

Civil Action No. 07 Civ 3752 (LTS)

[PROPOSED] ORDER
ADMITTING DEFENDANT'S
COUNSEL *PRO HAC VICE*

(DANIEL PETROCELLI)

---

    Upon the motion of Claudia Ray, Esq., attorney for Defendant Metro-Goldwyn-Mayer Home Entertainment LLC ("MGM"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Daniel M. Petrocelli
    O'Melveny & Myers LLP
    1999 Avenue of the Stars, Suite 700
    Los Angeles, CA 90067
    (310) 553-6700
    (310) 246-6779 (facsimile)
    dpetrocelli@omm.com

is admitted to practice *pro hac vice* as counsel for MGM in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:  June 26, 2007
        New York, New York

SO ORDERED:

Hon. Laura Taylor Swain
United States District Judge

2