UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 9 2007
```

SONOPRESS GmbH,

    Plaintiff,

v.

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,

    Defendant.

Case No. 07 CIV 3752 (LTS)

STIPULATION

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between Plaintiff Sonopress GmbH and Defendant Metro-Goldwyn-Mayer Home Entertainment LLC, that the time for Plaintiff to respond to Defendant's Motion to Dismiss in the above-captioned action, be and the same hereby is extended from July 2, 2007 to and including July 16, 2007. No previous request for such an extension has been made. Defendant Metro-Goldwyn-Mayer Home Entertainment LLC consents to the requested extension.

Dated: New York, New York
       June 27, 2007

ALSTON & BIRD LLP

By: _____
    Alan Kanzer (AK 5839)
90 Park Avenue
New York, NY 10016
(212) 210-9480

Attorneys for Plaintiff
SONOPRESS GmbH

O'MELVENY & MYERS LLP

By: _____
    Claudia Ray (CR 4132)
7 Times Square
New York, NY 10036
(212) 326-2000

Attorneys for Defendant
METRO-GOLDWYN-MAYER
HOME ENTERTAINMENT LLC

LEGAL02/30429362v1

SO ORDERED:

_____ 6/28/2007
Hon. Laura T. Swain
United States District Judge