Alan Kanzer (AK 5839)
Amber C. Wessels (AW 2322)
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
(212) 210-9400

*Attorneys for Plaintiff Sonopress GmbH*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **SONOPRESS GmbH,**<br><br>        **Plaintiff,**<br><br>      v.<br><br>**METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC,**<br><br>        **Defendant.** | Case No. 07 Civ 3752 (LTS)<br><br>**NOTICE OF PLAINTIFF'S CONDITIONAL CROSS- MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

---

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the Plaintiff shall cross-move before the Honorable Laura Taylor Swain, United States District Judge, United States District Court for the Southern District of New York at the United States District Courthouse, 500 Pearl Street, New York, New York for an Order allowing Plaintiff to file a First Amended Complaint in this Action, in the event that the Court grants, in whole or in part, Defendant's motion to dismiss Plaintiff's original Complaint.  In support of this cross-motion, Defendant shall rely upon Plaintiff's Memorandum of Law in Opposition to the Motion to Dismiss and in Support of its Conditional Motion for Leave to File a First Amended Complaint,

the Declaration of Amber C. Wessels, Esq., executed July 16, 2007, and the exhibits thereto, as well as all of the pleadings herein.

Dated: July 16, 2007

By _____
Alan Kanzer (AK 5839)
Amber C. Wessels (AW 2322)
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Plaintiff*