Case 1:07-cv-03752-LTS-KNF   Document 18   Filed 07/25/2007   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2007
```

SWAIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
SONOPRESS GmbH,

    Plaintiff,

  -against-

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,

    Defendant.
-----------------------------------------x

Index No. 07 CV 3752 (LTS)

STIPULATION
EXTENDING TIME TO
FILE REPLY BRIEF

  IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between Plaintiff Sonopress GmbH and Defendant Metro-Goldwyn-Mayer Home Entertainment LLC, that the time for Defendant to file its Reply in support of its Motion to Dismiss in the above-captioned action, be and the same hereby is extended from July 26, 2007 to and including August 2, 2007. No previous request for such an extension has been made. Plaintiff Sonopress GmbH consents to the requested extension.

Dated: New York, New York
    July __, 2007

ALSTON & BIRD LLP

By: _____
 Alan Kanzer, Esq. (AK 5839)
90 Park Avenue
New York, NY 10016
(212) 210-9400

Attorneys for Plaintiff
SONOPRESS GmbH

O'MELVENY & MYERS LLP

By: _____
 Claudia Ray, Esq. (CR-4132)
7 Times Square
New York, New York 10036
(212) 326-2000

Attorneys for Defendant
METRO-GOLDWYN-MAYER
HOME ENTERTAINMENT LLC

SO ORDERED:

_____ 7/25/2007
U.S.D.J.