UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

SONOPRESS GMBH,

        Plaintiff,

-v-                                                                    No. 07 Civ. 3752 (LTS)(KNF)

METRO GOLDWYN MAYER HOME
ENTERTAINMENT LLC,

        Defendant.

--------------------------------------------------------x

## ORDER

For the reasons stated on the record, Defendant's Motion to Dismiss (Docket Entry # 7) is denied, and Plaintiff's Conditional Cross-Motion for Leave to File a First Amended Complaint (Docket Entry # 15) is denied.

Dated: New York, New York
        August 23, 2007

                                                                 LAURA TAYLOR SWAIN
                                                                  United States District Judge

Copies ~~mailed~~ served to counsel / recvd 8/23/07
Chambers of Judge Swain

MTD.WPD      VERSION 8/23/07                                                                    1