UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SONOPRESS GmbH,

       Plaintiff,

   -v-                                             No. 07 Civ. 3752 (LTS)(KNF)

MGM HOME ENTERTAINMENT LLC,

       Defendant.

-------------------------------------------------------x

**ORDER**

       All applications to amend pleadings or amendments as of right shall be made, and any additional parties joined, by **October 1, 2007.**

       SO ORDERED.

Dated: New York, New York
       August 24, 2007

                                                        LAURA TAYLOR SWAIN
                                                      United States District Judge