UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SONOPRESS GMBH,                                              :

         Plaintiff,                                     :         **ORDER**

     -against-                                              :         07 Civ. 3752 (LTS)(KNF)

METRO GOLDWYN MAYER HOME                         :
ENTERTAINMENT, LLC,
                                                       :

         Defendants.
------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: 08/29/07

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

(1) a settlement conference shall be held in the above-captioned action on November 14, 2007, at 2:00 p.m., in courtroom 20A, 500 Pearl Street, New York, New York;

(2) the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the court's website at http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3) at least ten days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
       August 29, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE