AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SONOPRESS GmbH,
Plaintiff,
v.
METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC,
Defendant.

**APPEARANCE**

Case Number: 07 Civ 3752 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PLAINTIFF

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/30/2007 | *signature* |
| Date | Signature |
| | Karl Geercken — KG5987 |
| | Print Name — Bar Number |
| | ALSTON & BIRD LLP, 90 Park Avenue |
| | Address |
| | New York — NY — 10016 |
| | City — State — Zip Code |
| | (212) 210-9471 — (212) 210-9444 |
| | Phone Number — Fax Number |