USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: OCT 0 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
SONOPRESS GmbH,

        Plaintiff,

        v.

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,

        Defendant.
-------------------------------------------------------

Case No. 07 CIV 3752(LTS)(KNF)

STIPULATION

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED, by and between Plaintiff Sonopress GmbH ("Sonopress") and Defendant Metro-Goldwyn-Mayer Home Entertainment LLC ("MGM"), that, pursuant to Fed. R. Civ. P. 15(a), Sonopress may file a First Amended Complaint in the above-captioned action in the form attached hereto as Exhibit A by October 1, 2007.

It is further stipulated, consented, and agreed, by and between Sonopress and MGM, that MGM's time to respond to the First Amended Complaint filed by Sonopress is extended up to and including October 31, 2007.

Dated: New York, New York
       September 25, 2007

ALSTON & BIRD LLP

By: _____
    Alan Kanzer (AK 5839)
    Karl Geercken (KG 5897)
    Amber Wessels (AW 2322)
90 Park Avenue
New York, NY 10016
(212) 210-9480
Attorneys for Plaintiff

O'MELVENY & MYERS LLP

By: _____
    Lee Fink (*pro hac vice*)
    Claudia Ray (CR 4132)
7 Times Square
New York, NY 10036
(212) 326-2000
Attorneys for Defendant

SO ORDERED:

_____ 10/5/07
Hon. Laura T. Swain
United States District Judge

LEGAL02/30543056v2



RECEIVED
OCT 02 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.