UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SONOPRESS GMBH,                                  :

              Plaintiff,                      :

                     ORDER
        -against-                         :   07 Civ. 3752 (LTS)(KNF)

MGM HOME ENTERTAINMENT, LLC,          :

             Defendant.                     :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on November 14, 2007, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       November 2, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE