

# O'MELVENY & MYERS LLP

Times Square Tower
7 Times Square
New York, New York 10036
TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

November 1, 2007

OUR FILE NUMBER
577,088-137

WRITER'S DIRECT DIAL
(212) 326-2170

**VIA FACSIMILE (212) 805-6712**

Hon. Kevin N. Fox
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

WRITER'S E-MAIL ADDRESS
cray@omm.com

Re:   *Sonopress GmbH v. Metro-Goldwyn-Mayer Home Entertainment LLC* ("MGM"), 07-CV-3752 LTS (KNF)

Dear Judge Fox:

We write on behalf of MGM to follow-up on our letter of October 29. We request that the Mandatory Settlement Conference scheduled for November 14 be adjourned to either Friday November 30 or any day during the week of December 3. Since our letter of October 29 requesting an adjournment of the MSC, these dates became available on counsel's schedule, and will be more convenient for our client, who is traveling from Los Angeles.

As we mentioned earlier, we are informed that counsel for Plaintiff Sonopress GmbH does not oppose this request to move the date to the week of November 26, and is checking their availability for alternate dates in December.

11/2/07
The settlement conference
shall be held on November 28, 2007,
at 10:30 a.m.
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

Very truly yours,

*Claudia E. Ray/kzz*

Claudia E. Ray
of O'MELVENY & MYERS LLP

cc:  Alan Kanzer, Esq.
     Karl Geercken, Esq.
     Amber Wessels, Esq.

CC1:773630.2