USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 11/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SONOPRESS GMBH,              :

              Plaintiff,       :       ORDER

            -against-       :       07 Civ. 3752 (LTS)(KNF)

MGM HOME ENTERTAINMENT, LLC,     :

             Defendant.      :

------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic conference was held with counsel to the respective parties on November 14, 2007, to address certain discovery disputes that had been brought to the Court's attention via correspondence.

     As a result of the discussion had during the conference, IT IS HEREBY ORDERED that: (1) the defendant need not disclose to the plaintiff forecasting data, as described in the above-referenced correspondence, based upon its representation to the Court that no such data exist within its custody and control; and (2) on or before November 20, 2007, the defendant shall disclose to the plaintiff the Cinram agreement, with any amendments, and the other exclusive agreements referenced during the above-noted telephonic conference. The disclosure of all such agreements is subject to an attorneys' eyes only/expert witnesses' eyes only constraint. That constraint, on the dissemination of the defendant's exclusive agreements, shall remain in

force throughout the course of the litigation, unless the parties agree, and so advise the Court, that circumstances have changed such that the constraint should be removed.

Dated: New York, New York
      November 16, 2007

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Sent copies via facsimile to:

Amber C. Wessels, Esq.
Claudia Ray, Esq.