# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax 212-210-9444
www.alston.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 11/27/07

MEMO ENDORSED

Karl Geercken

Direct Dial: 212-210-9471    E-mail: karl.geercken@alston.com

November 21, 2007

NOV 21 2007

BY FACSIMILE

Hon. Kevin N. Fox
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007

    Re:    Sonopress GmbH v. Metro Goldwyn Mayer Home Entertainment LLC—
           1:07-cv-03752-LTS-KNF

Your Honor:

We represent Plaintiff Sonopress GmbH ("Sonopress") in the above-captioned matter. We enclose herewith Sonopress's Settlement Conference Form, which identifies the three Sonopress representatives who are traveling from Europe to attend the Conference with Your Honor and our adversary next Wednesday, November 28, 2007 at 10:30 a.m.

In addition, we write, pursuant to your Chambers' instructions, to request the opportunity to make a PowerPoint presentation with audiovisual set-up for the Settlement Conference. We would appreciate your Chambers' assistance in coordinating the set-up of a projector/screen or monitor to be attached to a laptop computer. Alternatively, with the Court's permission, we would be happy to bring the requisite equipment with us and to set it up in advance of the Conference.

Sonopress also notes that your Honor's settlement practices call for a brief presentation of "usually ten minutes". We respectfully request that Sonopress be permitted 15 to 20 minutes to present its position. The additional time may be necessary in light of the complex history behind the contract dispute at issue in this matter.

*11/26/07*
*Application granted. The plaintiff's presentation may extend to 15 minutes.*
*SO ORDERED:*
*/s/ Kevin N. Fox, U.S.M.J.*

Respectfully submitted,

/s/ Karl Geercken

cc:   Claudia Ray, Esq. (via facsimile)
      Lee K. Fink, Esq. (via facsimile)

LEGAL02/30610934v1