UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SONOPRESS GMBH,                                  :

                Plaintiff,       :            ORDER

             -against-           :            07 Civ. 3752 (LTS)(KNF)

MGM HOME ENTERTAINMENT, LLC,       :

                Defendant.     :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to the respective parties on November 28, 2007. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.     the time for the parties to complete the discovery activities that are now underway is enlarged to March 15, 2008;

2.     materials disclosed by the defendant, pursuant to the November 16, 2007 Order of the Court, are to be disclosed to the plaintiff in an unredacted form expeditiously. The dissemination constraints imposed by the Court through the November 16, 2007 order remain in full force and effect; and

3.     a telephonic status conference will be held with the parties on February 4, 2008, at 2:00 p.m. Counsel to the plaintiff shall initiate the telephonic conference on that date.

Dated: New York, New York           SO ORDERED:
       November 29, 2007

                                                      /s/ Kevin Nathaniel Fox
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE

Sent copies via facsimile to:

Amber C. Wessels, Esq.
Claudia Ray, Esq.