ORIGINAL

Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

*Attorneys for Defendant
Metro-Goldwyn-Mayer Home
Entertainment LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONOPRESS GMBH,

        Plaintiff,

-against-

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,

        Defendant.

Civil Action No. 07 Civ 3752 (LTS)

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

**(ALAN RADER)**

---

Pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Court

for the Southern District of New York, I, Claudia Ray, Esq., a member in good standing of the

bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Alan Rader
O'Melveny & Myers LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
(310) 553-6700
(310) 246-6779 (facsimile)
arader@omm.com

Alan Rader is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Alan Rader in any state or federal court.

Dated:  November 26, 2007
        New York, New York

>                       Respectfully submitted,
>                       O'MELVENY & MYERS LLP
>
>                       By: _____
>                           Claudia Ray (CR-4132)
>                       Times Square Tower
>                       7 Times Square
>                       New York, New York 10036
>                       Telephone: (212) 326-2000
>                       Facsimile: (212) 326-2061
>
>                       *Attorneys for Defendant*
>                       *Metro-Goldwyn-Mayer Home Entertainment LLC*

2



Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:   (212) 326-2061

*Attorneys for Defendant
Metro-Goldwyn-Mayer Home
Entertainment LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONOPRESS GMBH,<br><br>                    Plaintiff,<br><br>           -against-<br><br>METRO-GOLDWYN-MAYER HOME<br>ENTERTAINMENT LLC,<br><br>                    Defendant. | Civil Action No. 07 Civ 3752 (LTS)<br><br>**AFFIDAVIT OF CLAUDIA RAY<br>IN SUPPORT OF MOTION TO<br>ADMIT DEFENDANT'S<br>COUNSEL *PRO HAC VICE*** <br><br>**(ALAN RADER)** |

State of New York        )
                         ) ss:
County of New York       )

Claudia Ray, being duly sworn, deposes and says:

1.   I am a member of the law firm of O'Melveny & Myers LLP, counsel for Defendant Metro-Goldwyn-Mayer Home Entertainment LLC ("MGM") in this action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of MGM's motion to admit Alan Rader as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on November 22, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Alan Rader since 1995.

4. Mr. Rader is a member of the law firm of O'Melveny & Myers LLP, resident in the firm's office located in Century City (Los Angeles), California.

5. I have found Mr. Rader to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Alan Rader, *pro hac vice*.

7. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Bar of the State of California, certifying that Mr. Rader is a member in good standing of the Bar of the State of California.

8. I respectfully submit a proposed order granting the admission of Alan Rader, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Alan Rader, *pro hac vice*, to represent MGM in the above captioned matter, be granted.

_____
Claudia Ray (CR-4132)

Sworn to before me this
26th day of November, 2007.

_____
Notary Public

MEIGEE HON
NOTARY PUBLIC, State of New York
No. 01HO6022173
Qualified in Kings County
Commission Expires March 29, 2001 2011

2



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

November 16, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALAN RADER, #45789 was admitted to the practice of law in this state by the Supreme Court of California on January 15, 1970; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

ORIGINAL

Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendant*
*Metro-Goldwyn-Mayer Home*
*Entertainment LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONOPRESS GMBH,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC,<br><br>　　　　　Defendant. | Civil Action No. 07 Civ 3752 (LTS)<br><br>**[PROPOSED] ORDER ADMITTING DEFENDANT'S COUNSEL *PRO HAC VICE*** <br><br>**(ALAN RADER)** |

　　　　Upon the motion of Claudia Ray, Esq., attorney for Defendant Metro-Goldwyn-Mayer

Home Entertainment LLC ("MGM"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　　　Alan Rader
　　　　O'Melveny & Myers LLP
　　　　1999 Avenue of the Stars, Suite 700
　　　　Los Angeles, CA 90067
　　　　(310) 553-6700
　　　　(310) 246-6779 (facsimile)
　　　　arader@omm.com

is admitted to practice *pro hac vice* as counsel for MGM in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

2

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2007
       New York, New York

SO ORDERED:

_____
Hon. Laura Taylor Swain
United States District Judge

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK)

Michael C. Montalto, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age, reside in New Hyde Park, NY, and am employed by O'Melveny & Myers LLP.

2.  On NOVEMBER 26th, 2007, I served a true copy of the MOTION TO ADMIT COUNSEL PRO HAC VICE (ALAN RADER) on:

> **Alan Mark Kanzer**
> Alston & Bird, LLP
> 90 Park Avenue
> New York, NY 10016
>
> **Amber C. Wessels**
> Alston & Bird, LLP
> 90 Park Avenue
> New York, NY 10016

3.  I made such service by sending the aforementioned documents via Federal Express Overnight Delivery to the addresses referenced above.

> Michael Montalto
> License # 1142947

Sworn to before me this
26th day of November 2007

Notary Public

KEITH R. WHITMAN
NOTARY PUBLIC, State of New York
No. 02WH6094073
Qualified in New York County
Commission Expires June 16, 2011

NY1:1717800.1