

Claudia Ray (CR-4132)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:     (212) 326-2000
Facsimile:      (212) 326-2061

*Attorneys for Defendant
Metro-Goldwyn-Mayer Home
Entertainment LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SONOPRESS GMBH,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC,<br><br>　　　　　　　Defendant. | Civil Action No. 07 Civ 3752 (LTS)<br><br>[PROPOSED] ORDER ADMITTING DEFENDANT'S COUNSEL *PRO HAC VICE*<br><br>**(ALAN RADER)** |

　　　　Upon the motion of Claudia Ray, Esq., attorney for Defendant Metro-Goldwyn-Mayer

Home Entertainment LLC ("MGM"), and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

　　　　Alan Rader
　　　　O'Melveny & Myers LLP
　　　　1999 Avenue of the Stars, Suite 700
　　　　Los Angeles, CA 90067
　　　　(310) 553-6700
　　　　(310) 246-6779 (facsimile)
　　　　arader@omm.com

is admitted to practice *pro hac vice* as counsel for MGM in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: December 5, 2007
New York, New York

SO ORDERED:

_____
Hon. Laura Taylor Swain
United States District Judge