UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SONOPRESS GMBH,                          :

              Plaintiff,                 :        ORDER

           -against-                       :        07 Civ. 3752 (LTS)(KNF)

MGM HOME ENTERTAINMENT, LLC,             :

              Defendant.                 :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic conference was held with counsel to the respective parties on February 4, 2008, to address a discovery dispute which had been brought to the Court's attention via correspondence. Based upon the written submissions made by the parties and the discussion had during the conference, IT IS HEREBY ORDERED that the plaintiff's application, that the defendants be compelled to provide documents responsive to the plaintiff's document demand Nos. 40 through 43, is denied.

Dated: New York, New York
       February 4, 2008

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE