

RECEIVED
MAR 26 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

# O'MELVENY & MYERS LLP

1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035

TELEPHONE (310) 553-6700
FACSIMILE (310) 246-6779
www.omm.com

BEIJING
LONDON
LOS ANGELES
NEWPORT BEACH

NEW YORK
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 03/27/08

OUR FILE NUMBER
571,688-137

## MEMO ENDORSED

March 26, 2008

**VIA FACSIMILE (212) 805-6712**

The Honorable Kevin N. Fox
United States District Court
40 Centre Street, Room 540
New York, NY 10007

WRITER'S DIRECT DIAL
(310) 246-6747

WRITER'S E-MAIL ADDRESS
arader@omm.com

Re: *Sonopress GmbH v. Metro-Goldwyn-Mayer Home Entertainment LLC--1:07-cv-03752-LTS-KNF*

Dear Magistrate Judge Fox:

We represent Defendant Metro-Goldwyn-Mayer Home Entertainment LLC ("MGM") in the above-captioned matter. We write on behalf of ourselves and counsel for Sonopress GmbH ("Sonopress"), who has approved this letter, to update the Court regarding the progress of the case and request a brief adjournment of the telephonic status conference currently scheduled for March 31, 2008 at 10:15 a.m.

Since we last appeared before Your Honor, the parties have engaged in negotiations, with business representatives of MGM traveling to Sonopress's headquarters in Gütersloh, Germany, and Sonopress representatives traveling to MGM's headquarters in Los Angeles, California. The parties have made substantial progress and have exchanged term sheets for a new business relationship that would resolve the litigation. Because of the Easter Holiday, the principals of the parties have been unavailable to directly discuss some of the issues this week, although they have exchanged e-mail communications and arranged for further discussions early next week.

In light of those circumstances, the parties request that the Court adjourn the telephonic status conference to Friday, April 4. In addition to the fact that this will make it possible to give Your Honor a clearer picture of the settlement posture of this case, lead counsel for Sonopress is engaged in an arbitration in another matter on March 31.

In addition, the parties believe that moving forward with the several depositions scheduled for April would be detrimental to reaching a final settlement. Accordingly, the parties have agreed to a temporary hold on the litigation and request that the Court enter an order extending all deadlines (including, without limitation, case management deadlines, deadlines to respond to outstanding discovery requests, deadlines for witnesses who have been deposed to

O'MELVENY & MYERS LLP
The Hon. Kevin N. Fox, March 26, 2008 - Page 2

review and sign their depositions) for a period of thirty (30) days. In the event that the parties do not settle the case over the next month, the parties will report back to the Court with a proposed revised schedule, and request that Your Honor set new case management deadlines.

We appreciate Your Honor's time in addressing these matters.

Very truly yours,

*Alan Rader*

Alan Rader
of O'MELVENY & MYERS LLP

cc: Claudia L. Ray, Esq.
Alan Kanzer, Esq.
Karl Geercken, Esq.
Amber Wessels, Esq.

3/27/08
The telephonic status conference, previously scheduled for March 31, 2008, will be held on April 4, 2008, at 10:15 a.m. At that time, if necessary, the Court will address the parties' application to modify the schedule fixed for their pretrial activities.

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX, U.S.M.J.