USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/7/08___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SONOPRESS GMBH,                                    :

                        Plaintiff,                 :              ORDER

        -against-                                  :              07 Civ. 3752 (LTS)(KNF)

MGM HOME ENTERTAINMENT, LLC,                       :

                        Defendant.                 :
-------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        A telephonic status conference was held with counsel to the respective parties on April

4, 2008.  As a result of the discussion had during the conference, IT IS HEREBY ORDERED

that all discovery, of whatever nature, be initiated so as to be completed on or before July 17,

2008.

Dated: New York, New York                          SO ORDERED:
        April 7, 2008

                                                   _____
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE