



RECEIVED JUL 14 2008 CHAMBERS OF KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE

**ALSTON&BIRD LLP**

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Karl Geercken        Direct Dial: 212-210-9471        E-mail: karl.geercken@alston.com

July 14, 2008

BY FACSIMILE

Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Hon. Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007

**MEMO ENDORSED**

Re: Sonopress GmbH v. Metro Goldwyn Mayer Home Entertainment LLC— 1:07-cv-03752-LTS-KNF

Your Honors:

We are pleased to inform the court that the parties have entered into a binding, written Settlement Agreement of all issues in the above-referenced litigation. However, the parties are not able to file a Stipulation of Dismissal until an agreed-upon precondition is satisfied, which is expected to take place no later than July 25, 2008.

The reason we write to the Court in the interim is that, pursuant to Judge Swain's August 23, 2007 Pre Trial Scheduling Order and Judge Fox's April 7, 2008 Order, several case management deadlines will arise between now and July 25, 2008. Those deadlines are as follows:

- 7/15/08 – last date for the parties to submit Joint Pre-Trial Statement;

- 7/17/08 – all discovery, of whatever nature, must be completed; and

- 7/18/08 – last date for the parties to submit proposed findings of fact and conclusions of law.

Hon. Laura Taylor Swain and Hon. Kevin N. Fox
July 14, 2008
Page 2

In addition, a final pre-trial conference before Judge Swain has been calendared for 10:00 a.m. on July 25, 2008.

In light of the parties' Settlement Agreement, Sonopress respectfully requests that the Court temporarily place these deadlines and the status conference on hold until July 31, 2008, at which time the parties expect to be able to submit a stipulation of dismissal with prejudice of this matter. We have consulted with counsel for MGM, and they concur with this request.

Respectfully submitted,

Karl Geercken

7/16/08
Application granted.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, USMJ

cc:   Claudia Ray, Esq. (via facsimile)
      Alan Rader, Esq. (via facsimile)

LEGAL02/30876824v1