Swain, T

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONOPRESS GmbH,

    Plaintiff,

v.

METRO-GOLDWYN-MAYER HOME
ENTERTAINMENT LLC,
    Defendant.

Case No. 07 Civ 3752 (LTS)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS

---

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their counsel, that this matter shall be dismissed in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(ii) with prejudice and with each party bearing its own fees and costs.

Dated: July 25, 2008

By /s/ _____
Alan Kanzer (AK 5839)
Karl Geercken (KG5897)
Amber C. Wessels (AW 2322)
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
(212) 210-9400
*Attorneys for Plaintiff*

By /s/ _____
Alan Rader (*pro hac vice*)
Claudia Ray (CR 4132)
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, New York 10036
(212) 326-2000
*Attorneys for Defendant*

SO ORDERED

/s/ 8/11/08

Hon. Laura T. Swain, United States District Judge

LEGAL02/30893143v1